735 A.2d 706

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**John LAWRENCE, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 3, 1999.

Decided Sept. 9, 1999.

Joseph C. Madenspacher, District Attorney, Susan E. Moyer, Asst. District Attorney, for Com.

James J. Karl, Public Defender, for John Lawrence.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

112

**ORDER**

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams,* 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Lancaster County Court of Common Pleas dated September 10, 1998, insofar as it is consistent with our disposition in *Williams* and we reverse its order insofar as it is inconsistent with the same. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.